## THE STATE, EX REL. HINKLEY, v. HUMBER ET AL., AND EIGHTEEN OTHER LIKE CASES.

INTOXICATING LIQUORS: FAILURE TO MAKE RETURN OF SALE: PENALTY: WHO MAY SUE FOR.

*Appeals from Plymouth District Court.*

THURSDAY, OCTOBER 27, 1887.

*Zink & Gosselin* and *Cole, McVey & Clark*, for appellant.

No appearance for appellees.

PER CURIAM. The record in all of the foregoing cases is precisely the same as in *The State, ex rel Hinkley, v. Martland et al*, 71 Iowa, 545; and, following that case, the judgment in each of the foregoing cases is

REVERSED.

---

## THE STATE v. DOW.

INTOXICATING LIQUORS: NUISANCE: NO ARGUMENT: JUDGMENT AFFIRMED.

*Appeal from Mahaska District Court—*HON. J. K. JOHNSON, Judge.

FRIDAY, DECEMBER 16, 1887.

THE defendant was indicted, tried and convicted on a charge of keeping a nuisance by using a building for the purpose of unlawfully selling intoxicating liquors therein, and he appeals.

No appearance for appellant.

*A. J. Baker, Attorney-general,* for the State.

ROTHROCK, J.—The trial was had and judgment rendered in the month of December, 1885, and the appeal was taken to the June term of this court, 1886. No appearance has been made for the defendant. The attorney-general filed a transcript of the proceedings in the district court. An examination of the transcript discloses no grounds for a reversal of the judgment, and it is therefore                                    AFFIRMED.